RECEIVED
APR - 9 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOSHUA DEWAYNE CORDIER, Plaintiff | CIVIL ACTION NO. 1:18-CV-1594-P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN JOHNSON, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 16), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Cordier's claims against the Bureau of Prisons, the United States Penitentiary - Pollock, Officers Hodges and Kindsey in their official capacities, and Warden Johnson are hereby be DENIED and DISMISSED WITH PREJUDICE for failing to state a claim for which relief can be granted.

Service of process of Cordier's claims against Officers Hodges and Kindsey in their individual capacities will be directed in a separate order.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 8th day of April, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE